**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

STEVEN ALEX MCQUAY                                                                              PLAINTIFF

V.                                       CASE NO. 3:16-CV-159-DPM-BD

GREENE COUNTY JAIL, et al.                                                             DEFENDANTS

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

  This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr.  Any party may file written objections to this Recommendation.  If objections are filed, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

  If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion**

  On June 28, 2016, the Court ordered Plaintiff Steven Alex McQuay, to file a complete *in forma pauperis* application or pay the statutory filing fee within thirty days. (Docket entries #1, 2)  The June 28 Order was returned because Mr. McQuay is no longer in the Greene County Detention Facility.  (#3)  On July 7, 2016, the Court ordered Mr. McQuay to notify the Court of his current address within thirty days or risk dismissal of

his lawsuit. (#4) As of this date, Mr. McQuay has not addressed the unsatisfied filing fee issue or provided the Court with a valid, current address, as ordered.

### III. Conclusion

The Court recommends that Mr. McQuay's claims be DISMISSED, without prejudice, based on his failure to comply with the Court orders and his failure to prosecute this lawsuit.

DATED this 15th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE