# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**STEVEN ALEX McQUAY**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　**No. 3:16-cv-159-DPM**

**GREENE COUNTY JAIL; and DOE, Bob, Guard**　　**DEFENDANTS**

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McQuay hasn't kept his address current; his mail is still being returned. № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　7 September 2016