IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN ALEX McQUAY                                          PLAINTIFF

v.                          No. 3:16-cv-159-DPM

GREENE COUNTY JAIL; and DOE, Bob, Guard               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 September 2016